# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEE ROY J. STANSBERRY,<br><br>          Plaintiff,<br><br>    v.<br><br>ENTER STATE OF ALASKA GOVERNOR DUNLEAVY,<br><br>          Defendant. | Case No. 3:22-cv-214-SLG |

## ORDER OF DISMISSAL

On September 6, 2022, Lee Roy J. Stansberry, a self-represented prisoner, filed a civil complaint, thereby initiating this action.[1] On October 17, 2022, the Court issued an order notifying Mr. Stansberry that his filing was deficient and to either pay the filing fee of $402.00 or file an application to waive prepayment of the filing fee.[2] The Court cautioned that the failure to comply would result in dismissal of this case and provided a form motion for his use.[3] Mr. Stansberry has not paid the filing fee or filed a motion requesting to waive prepayment of the filing fee.

---

[1] Docket 1.

[2] Docket 3.

[3] Docket 3. It bears noting that the copy of this order that was mailed to Mr. Stansberry was returned to the court as undeliverable.

Accordingly, this Court finds the filing at Docket 1 is deficient and has not been remedied. Therefore, this action is dismissed.

**IT IS SO ORDERED.**

DATED this 12th day of December, 2022, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE
